**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JUDD ROBERT HOPPE,**

-vs-                                                                    Case No.  6:10-cv-1944-Orl-19DAB

**GREGORY KURTH, FAMILY SERVICES
OF METRO ORLANDO,**

        **Defendants.**

_____

## ORDER

This case comes before the Court on the Complaint filed by Judd Robert Hoppe.  (Doc. No. 1, filed Dec. 29, 2010.)  Federal Rule of Civil Procedure 8(a)(1) requires a party to file "a short and plain statement of the grounds for the court's jurisdiction."  Fed. R. Civ. P. 8(a)(1).  Here, the Complaint states that Hoppe is suing the Department of Children and Families for "keeping my kids and losing trial," provides a P.O. Box for Hoppe in Kathleen, Florida, and provides an address for Gregory Kurth in Orlando, Florida.  (*Id*.)  Because the Complaint fails to provide any further allegations or information relating to this Court's jurisdiction, the Court is unable to determine if it may properly exercise jurisdiction over the present action.  Hoppe is therefore directed to file an amended complaint which sets forth the grounds for this Court's jurisdiction in accordance with Federal Rule of Civil Procedure 8(a)(1) within thirty (30) days from the date of this Order.  Failure to comply with this Order may result in sanctions, including but not limited to dismissal of this action without further notice and without prejudice.

    **DONE** and **ORDERED** in Orlando, Florida on January 8, 2011.

PATRICIA C. FAWSETT, JUDGE
UNITED STATES DISTRICT COURT

Copies furnished to:

Counsel of Record
Unrepresented Parties